**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


MANUEL RODRIGUEZ,

      Plaintiff,


vs.                                                    CASE NO. 8:12-CIV-374-T-17-EAJ


DEPARTMENT OF TRANSPORTATION
POLK COUNTY SCHOOL SUPPORT
SERVICES, et al.,

      Defendants.
_____/


**ORDER**

      This cause is before the Court on the defendants' motion for a more definite statement (Doc. 15) and the response thereto (16).  The first issue raised is the correct name of a defendant.  The Plaintiff has named "Department of Transportation Polk County School Support Services" as a defendant.  The motion requests that the name of the defendant be corrected to "The School Board of Polk County, Florida" and the plaintiff does not object to that change.

      The next issue is the motion for more definite statement.  The defendants correctly evaluate the plaintiff's complaint as being deficient.  The complaint is a rambling recitation of what the plaintiff calls "facts", there no causes of action actually set forth, the plaintiff makes a number of conclusory statements, and actually sets out some of the complaint in the form of questions.  The plaintiff, who is proceeding without benefit of counsel, is entitled to some leeway but the Court must require him to file a complaint that meets the minimum standards

for a complaint.  This one does not.

The plaintiff must set out what causes of action he is seeking to set forth, including the basis for the claim, i.e. the statutory section involved.  If the plaintiff attaches any exhibits they must be individually identified, they must be legible, they must be referenced in the complaint, and they must be served on the defendants at the time the complaint or amended complaint is served.  The complaint filed here fails to come up to even a minimal level of appropriateness.  The Plaintiff might want to carefully read the motion in this case in order to figure out how to draft a new complaint as the motion points out many of the deficiencies that need to be corrected.  Accordingly, it is

**ORDERED** that the Clerk of Court is directed to change the name of the first defendant from "Department of Transportation Polk County School Support Services" to "The School Board of Polk County, Florida" on the docket sheet and that will continue to be the style of this case.  Further, the motion for more definite statement is **granted**.  The plaintiff shall file an amended complaint on or before August 24, 2012, and the plaintiff needs to carefully read the rules of this court in order to file a more acceptable complaint.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record