**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MANUEL RODRIGUEZ,

    Plaintiff,

vs.                                     CASE NO. 8:12-CIV-374-T-17-EAJ

THE SCHOOL BOARD OF POLK
COUNTY, FLORIDA, SHARON ARNOLD,
and LURN THORNHILL,

    Defendant.

_____/

**ORDER**

    This cause is before the Court on the defendants' motion to dismiss the amended complaint (Doc. 22) and response thereto (Doc. 26). The Court finds the motion well-taken and adopts it by reference herein. The Court has previously required the plaintiff to amend his complaint based on numerous inadequacies, however, he has filed essentially the same unacceptable and disjointed complaint as the Court has previously found insufficient. The plaintiff fails to even set out individual causes of action or counts. The Court agrees with the defendants that it is "not possible to ascertain if the Plaintiff has made out a prima facie claim(s) due to the fact that the multiple sections of the United States Code that are referenced are divorced from the rambling allegations and prayers for relief. Further more the vast majority of the allegations are legal conclusions upon which it would be improper to assume are true." Accordingly, it is

**ORDERED** that defendant's motion to dismiss the amended complaint (Doc. 22) be **granted.** The Court is going to allow the plaintiff one more opportunity to file an appropriate complaint in this case and his amended complaint is due on or before January 23rd, 2013. Failure to file a timely amended complaint will result in dismissal of this cause of action without further notice.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of January, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record