UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MANUEL RODRIGUEZ,**

    **Plaintiff,**

v.                                              Case No. 8:12-CV-374-T-17EAJ

**THE SCHOOL BOARD OF POLK COUNTY, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

    Before the Court is Defendants The School Board of Polk County, et al.'s ("Defendants'") **Motion for Entry of Rule 24(a)(3)(A) Certification with Incorporated Memorandum of Law** (Dkt. 75). Plaintiff Manuel Rodriguez ("Plaintiff") has not filed a timely response to the motion, and is therefore presumed to have no objection to the motion.

    Defendants seek a certification, pursuant to Rule 24(a)(3)(A), Fed. R. App. P., that Plaintiff's recently filed *Notice of Appeal* is not taken in good faith. Plaintiff's initially filed his complaint on February 22, 2012 (Dkt. 1) and was granted leave to proceed *in forma pauperis* (Dkt. 9).

    On January 29, 2014, Plaintiff's deficient Third Amended Complaint was dismissed with prejudice. (Dkt. 69) In dismissing the Plaintiff's claim with prejudice, the Court found that Plaintiff's nineteen (19) page complaint contained "repetitive, rhetorical statements" that were not short or plain and that the organization of the "extended and overlapping claims [was] ineffectual." (Id. at 3) The Court also found that Plaintiff's complaint did not provide fair notice to the

Defendants of the allegations against them and their grounds.  After Plaintiff failed to state a cause of action and failed to comply with Federal Rules of Civil Procedure Rules Eight (8) and Ten (10) through three amended versions of the complaint (Dkts. 18, 33, 47), the Court explained that there was "no compelling reason to give the Plaintiff additional time to amend the complaint." (Id.)

Accordingly, and upon consideration, it is **RECOMMENDED** that:

(1) Defendants' Motion for Entry of Rule 24(a)(3)(A) Certification with Incorporated Memorandum of Law (Dkt. 75) be **GRANTED**; Plaintiff's appeal is not taken in good faith,  and Plaintiff should not be allowed to proceed with the appeal *in forma pauperis*.[1]

**DONE** and **ORDERED** in Tampa, Florida on this 14th day of April, 2014.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

---

[1] Also separately referred to the undersigned is Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit. (Dkt. 76)  In the event the Court should have to reach this issue, it should be denied as well for the reasons explained above.