UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL RODRIGUEZ,
    Plaintiff,

vs.                              CASE NO. 8:12-CIV-374-T-EAK-EAJ

THE SCHOOL BOARD OF POLK
COUNTY, et al.,
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on April 14, 2014 (Doc. 78). The magistrate judge recommended that the defendant's motion for entry of Rule 24(a)(3)(A) certification (Doc. 75) be granted; that the Court certify that the plaintiff's appeal is not taken in good faith and that plaintiff should not be allowed to proceed with the appeal *in forma pauperis;* and that the plaintiff's motion to proceed *in forma pauperis* should be denied or denied as moot.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993). The plaintiff submitted a document which

has been entered into the record as a construed objection to the report and recommendation (Doc. 79) and the defendants responded (Doc. 80).  The plaintiff's construed objections are are not well-taken.  They are not specific and do not overcome the findings of the magistrate judge.

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 78)  be **adopted** and **incorporated by reference**; the construed objections (Doc. 79) be **overruled**; the defendant's motion for entry of Rule 24(a)(3)(A) certification (Doc. 75) be **granted**; the Court certifies that the plaintiff's appeal is not taken in good faith and that plaintiff should not be allowed to proceed with the appeal *in forma pauperis;* and the plaintiff's motion to proceed *in forma pauperis* should be denied as moot.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 6th day of May, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
Assigned Magistrate Judge